# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAR 19 2024
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   vs.<br><br>Gina Rita Russell,<br><br>          Defendant. | Case No.: MJ 24-1565-DUTY<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

    The defendant having been arrested pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/(her) release pending sentencing; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓)  The defendant has not met his/(her) burden of establishing by clear and convincing evidence that he/(she) is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on allegations of ongoing criminal conduct, no

1 | suitable bail resources, apparently unemployed, apparent
2 | access to large amounts of money

4 | and/or

5 | B. (✓) The defendant has not met his/(her) burden of establishing by
6 | clear and convincing evidence that he/(she) is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 | on: apparent ongoing criminal activity while on
10 | release for prior conviction

14 | IT THEREFORE IS ORDERED that the defendant be detained pending
15 | sentencing.

17 | Dated:  3/19/2024                    /s/ Jean Rosenbluth
18 |                                      JEAN ROSENBLUTH
                                          U.S. MAGISTRATE JUDGE

2